[No. 56391-2-I.    Division One.    August 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO VALLE-CHAVARIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05930-1, Deborah D. Fleck, J., entered June 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56402-1-I.    Division One.    August 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP ARTHUR BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00281-8, Kenneth L. Cowsert, J., entered June 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56629-6-I.    Division One.    August 21, 2006.]

DAVID HERBERT ET AL., *Appellants*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-09014-6, Ronald L. Castleberry, J., entered June 30, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 56638-5-I.    Division One.    August 21, 2006.]

DAVID T. HUNTER, *Appellant*, v. REGENCE BLUESHIELD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-32308-0, Palmer Robinson, J., entered July 5, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Cox, JJ.